UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 15X, 2022

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RONALD GRANT TEESDALE,<br><br>                    Defendant. | Case No.  2:22-cr-00134-KJM<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RONALD GRANT TEESDALE ,

Case No.  2:22-cr-00134-KJM  Charge 21 USC § 841(a)(1), from custody for the

following reasons:

_____     Release on Personal Recognizance

_____     Bail Posted in the Sum of $ _____

   X        Unsecured Appearance Bond $      100,000.00

_____     Appearance Bond with 10% Deposit

_____     Appearance Bond with Surety

_____     Corporate Surety Bail Bond

   X        (Other):  The defendant's release is delayed until

Monday, July 18, 2022, at 12:00 PM to Melvin Buford.

Issued at Sacramento, California on July 15, 2022, at 10:30 AM.


By: _____

Magistrate Judge Allison Claire