HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RONALD GRANT TEESDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RONALD GRANT TEESDALE,<br><br>  Defendant. | Case No. 2:22-cr-00134-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  January 10, 2023<br>Time:  9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ronald Grant Teesdale, that the status conference scheduled for November 8, 2022, at 9:30 a.m. be continued to **January 10, 2023, at 9:30 a.m.**

The government has represented to defense counsel that an initial plea offer is forthcoming, and the defendant will need time to review and consider the offer prior to the next hearing. Additionally, the government is still looking into a number of discovery requests made by the defense, and additional discovery production is anticipated in the coming weeks. Defense counsel will need time to review any new discovery and conduct defense investigation arising therefrom.

1  For the foregoing reasons, counsel and the defendant agree that the Court should exclude the time from November 8, 2022, through January 10, 2023, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.  Counsel and the defendant further agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 3, 2022                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Public Defender

                                           */s/ Megan T. Hopkins*
                                           MEGAN T. HOPKINS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Ronald Grant Teesdale


                                           PHILLIP A. TALBERT
                                           United States Attorney


DATED:  November 3, 2022                    */s/ Alstyn Bennett*
                                           ALSTYN BENNETT
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **January 10, 2023, at 9:30 a.m.**. Time is hereby excluded through that date.

IT IS SO ORDERED.

Dated:   **November 4, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE