HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RONALD GRANT TEESDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD GRANT TEESDALE,<br><br>Defendant. | Case No.  2:22-cr-00134-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  March 7, 2023<br>Time:  9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ronald Grant Teesdale, that the status conference scheduled for January 10, 2023, at 9:30 a.m. be continued to **March 7, 2023, at 9:30 a.m.**

The parties believe good cause exists for the continuance for the following reasons:

1. The government has represented to defense counsel that an initial plea offer is forthcoming, and the defendant will need time to review and consider the offer, once received, prior to the next hearing;

2. The defense requires additional time to complete discovery review, locate and interview witnesses, order records, and draft revised and-or additional discovery

requests of the government. Defense counsel will need time to review any new discovery produced by the government and conduct defense investigation arising therefrom; and

3. The defense investigative team will require additional time to conduct a field investigation, which the defense investigative team has tentatively scheduled for early February. The defense anticipates that the field investigation may reveal additional investigative follow-up needs, for which the time requested herein would also be useful.

For the foregoing reasons, counsel and the defendant agree that the Court should exclude the time from January 10, 2023, through March 7, 2023, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.  Counsel and the defendant further agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 5, 2023                          Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Public Defender

                                                */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Ronald Grant Teesdale


                                                PHILLIP A. TALBERT
                                                United States Attorney

DATED:  January 5, 2023                          */s/ Alstyn Bennett*
                                                ALSTYN BENNETT
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference is continued to **March 7, 2023, at 9:30 a.m.**. Time is hereby excluded through that date pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: __January 5, 2023__   _____/s/ Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE