HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RONALD GRANT TEESDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00134-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| RONALD GRANT TEESDALE, | Date: May 16, 2023 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ronald Grant Teesdale, that the status conference scheduled for March 7, 2023, at 9:30 a.m. be continued to **May 16, 2023, at 9:30 a.m.**

The parties believe good cause exists for the continuance for the following reasons:

1.  The government has provided an initial plea offer to defense counsel that the defendant needs time to consider;

2.  The defense has provided a counter-offer to the government for its consideration that the government requires additional time to consider; and

3.   The defense requires additional time to complete discovery review, locate and interview witnesses, order records, and draft revised and-or additional discovery requests of the government. Defense counsel will need time to review any new discovery produced by the government and conduct defense investigation arising therefrom.

For the foregoing reasons, counsel and the defendant agree that the Court should exclude the time from March 7, 2023, through May 16, 2023, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.  Counsel and the defendant further agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 1, 2023                              Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Public Defender

                                                  */s/ Megan T. Hopkins*
                                                  MEGAN T. HOPKINS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Ronald Grant Teesdale


                                                  PHILLIP A. TALBERT
                                                  United States Attorney

DATED:  March 1, 2023                             */s/ Alstyn Bennett*
                                                  ALSTYN BENNETT
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued to **May 16, 2023, at 9:30 a.m. and** time is hereby excluded through that date pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:   **March 2, 2023**

UNITED STATES DISTRICT JUDGE