HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RONALD GRANT TEESDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00134-DJC |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| RONALD GRANT TEESDALE, | Date: July 13, 2023 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Daniel J. Calabretta |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ronald Grant Teesdale, that a status conference be scheduled for July 13, 2023, at 9:00 a.m. before the Honorable Daniel J. Calabretta.

On April 6, 2023, a minute order issued reassigning this matter to District Judge Calabretta, vacating all dates currently set, and directing counsel to set a new hearing before Judge Calabretta. The parties have met and conferred and agree that July 13, 2023, is a mutually agreeable date for the next status conference. Additionally, defense counsel requires additional time to investigate the charges, conduct legal research, and consult with Mr. Teesdale. The government does not object to the continuance.

The parties further agree that the Court should exclude the time from May 16, 2023[1] through July 13, 2023, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4, because the ends of justice served by the Court setting the status conference on the requested date outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 10, 2023                     Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Public Defender

                                              */s/ Megan T. Hopkins*
                                              MEGAN T. HOPKINS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Ronald Grant Teesdale


                                              PHILLIP A. TALBERT
                                              United States Attorney

DATED:  May 10, 2023                    */s/ Alstyn Bennett*
                                              ALSTYN BENNETT
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

---

[1] Time has been previously excluded through May 16, 2023.

# **O R D E R**

**IT IS HEREBY ORDERED** that a status conference is set for **July 13, 2023, at 9:00 a.m.**. Time is hereby excluded through that date.

DATED:  May 11, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE