HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
RONALD TEESDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:22-cr-00134-DJC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REQUEST FOR RULE 43 WAIVER OF |
| | ) | APPEARANCE AND ORDER |
| RONALD TEESDALE, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Ronald Teesdale, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present.  The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

//

Dated: July 7, 2023

 */s/ Ronald Teesdale*
RONALD TEESDALE
(Defendant)
Original retained by attorney

Dated:  July 7, 2023

*/s/ Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated:  July 6, 2023                              /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE