HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RONALD GRANT TEESDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD GRANT TEESDALE,<br><br>Defendant. | Case No. 2:22-cr-00134-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  August 31, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ronald Grant Teesdale, that the status conference scheduled for July 13, 2023, at 9:00 a.m. before the Honorable Daniel J. Calabretta be continued to August 31, 2023, at 9:00 a.m.

The defense counsel requires additional time to investigate the charges, conduct legal research, and consult with Mr. Teesdale. The defense further requires time to track down and interview witnesses the defense believes will provide exculpatory information, which it will provide to the government in reciprocal discovery. The government does not object to the continuance.

The parties further agree that the Court should exclude the time from July 13, 2023, through August 31, 2023, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4, because the ends of justice served by the Court setting the status conference on the requested date outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 7, 2023                                  Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Public Defender

                                                     */s/ Megan T. Hopkins*
                                                     MEGAN T. HOPKINS
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     Ronald Grant Teesdale


                                                     PHILLIP A. TALBERT
                                                     United States Attorney


DATED:  July 7, 2023                                  */s/ Alstyn Bennett*
                                                     ALSTYN BENNETT
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **August 31, 2023, at 9:00 a.m.** Time is hereby excluded through that date.

Dated: July 7, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE