PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00134-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RONALD GRANT TEESDALE, | DATE: August 31, 2023 TIME: 9:00 a.m. COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 31, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until September 7, 2023, and to exclude time between August 31, 2023, and September 7, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced discovery including reports, photographs, audio and video recordings totaling approximately 4.3 gb.

        b)      Counsel for defendant desires additional time to review the discovery, consult with her client, to review the current charges, to conduct investigation and research related to the

charges, to discuss potential resolutions with her client, and to otherwise prepare for trial.

        c)     Counsel for defendant further requires additional time to investigate a potential conflict of interest in this case.

        d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)     The government does not object to the continuance.

        f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2023 to September 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 21, 2023                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ ALSTYN BENNETT
                                           ALSTYN BENNETT
                                           Assistant United States Attorney


                                           HEATHER E. WILLIAMS
                                           Federal Defender

Dated:  August 21, 2023                    /s/ MEGAN T. HOPKINS
                                           MEGAN T. HOPKINS
                                           Counsel for Defendant
                                           RONALD GRANT TEESDALE




**ORDER**

IT IS SO FOUND AND ORDERED this 21st day of August, 2023.


                              /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE