HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RONALD GRANT TEESDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-00134-DJC |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| RONALD GRANT TEESDALE, | ) ) | |
| Defendant. | ) ) ) ) | Date:   October 19, 2023 Time:   9:00 a.m. Judge:  Hon. Daniel J. Calabretta |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ronald Grant Teesdale, that the status conference scheduled for September 7, 2023, at 9:00 a.m. be continued to **October 19, 2023, at 9:00 a.m.**

The parties believe good cause exists for the continuance given that the defense has identified a conflict that requires defense counsel (Ms. Hopkins) to seek leave to withdraw as counsel and for new counsel to substitute in and henceforth represent Mr. Teesdale.  The Federal Defender's Office is presently working to identify new counsel and confirm their availability and willingness to take the case, at which time defense counsel will work with new counsel to file a substitution of attorney notice and proposed order for the Court's consideration.  The requested continuance will allow sufficient time to identify new counsel and file the request for

1 | substitution, and for new counsel, once appointed, to receive and review the discovery in this

2 | matter and determine any further investigative needs in preparing a defense to the charges

3 | contained in the indictment.

4 |       For the foregoing reasons, counsel and the defendant agree that the Court should exclude

5 | the time from September 7, 2023, through October 19, 2023, when it computes the time within

6 | which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and

7 | Local Code T4.  Counsel and the defendant further agree that the ends of justice served by the

8 | Court granting this continuance outweigh the best interests of the public and the defendant in a

9 | speedy trial.

Dated: September 6, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Ronald Grant Teesdale

PHILLIP A. TALBERT
United States Attorney

DATED:  September 6, 2023

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

-2-

*United States v. Teesdale*
Stipulation to Continue S/C

1

## **O R D E R**

2

3         **IT IS HEREBY ORDERED** that the status conference is continued to **October 19,**

4    **2023, at 9:00 a.m.**. Time is hereby excluded through that date.

5

    DATED:  September 6, 2023          /s/ Daniel J. Calabretta

6                                               THE HONORABLE DANIEL J. CALABRETTA

7                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Teesdale*
Stipulation to Continue S/C