PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00134-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RONALD GRANT TEESDALE, | DATE: November 30, 2023 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 30, 2023.

2. By this stipulation, defendant now moves to continue the status conference until February 15, 2024, and to exclude time between November 30, 2023, and February 15, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On September 19, 2023, the Court substituted Tamara Soloman as counsel for the defendant. ECF 44.

    b) The government has produced discovery including reports, photographs, audio and video recordings totaling approximately 4.3 gb.

c)  Counsel for defendant desires additional time to review the discovery, consult with her client, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with her client, and to otherwise prepare for trial.

d)  Counsel for defendant is currently set for trial in eight cases in January 2024: *People v. Rudy Osorio*; *People v. James Kern*; *People v. Alexis Amos*; *People v. Matt Solem*; *People v. Christopher Mancuso*; *People v. Michael Mitts*; *People v. Jonathan Dale*; and *People v. Jeral Wimberly*.

e)  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)  The government does not object to the continuance.

g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 30, 2023 to February 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 28, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated:  November 28, 2023

/s/ TAMARA SOLOMAN
TAMARA SOLOMAN
Counsel for Defendant
RONALD GRANT TEESDALE

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of November, 2023.

Dated:  November 29, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE