TAMARA SOLOMAN
Law Office of Tamara L. Soloman
P.O. Box 5482
El Dorado Hills, CA 95762
Telephone: (916) 712-8962

Attorneys for Defendant
RONALD TEESDALE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00134-DJC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE |
| v. | |
| RONALD TEESDALE, | DATE: March 20, 2025 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, Ronald Teesdale, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on March 20, 2025.

2. By this stipulation, defendant now moves to continue the sentencing hearing until April 17, 2025, And to exclude time between March 20, 2025, and April 17, 2025, under local code T4.

3. The parties agree and stipulate and request that the court find the following:

   a. On September 5, 2024, the defendant pled guilty to 1 count of a six-count indictment. Count 1 charged conspiracy to distribute and to possess with intent to distribute methamphetamine and heroin common in violation of 21 U.S.C. section 846 and section 841(a)(1).

   b. The Draft Presentence Investigation Report was filed on February 14, 2015.  The Draft Presentence Report was due on February 6, 2025.

   c. Mr. Teesdale was in Los Angeles, working to help with the aftermath of the recent fires.  He was able to meet with counsel on March 7, 2025, to fully review the draft report.  There are several objections that need to be made as well as some research related to the objections.

   d. Mr. Teesdale has been working for Hard Rock Engineering since he was released from custody.  He runs equipment, clean up coordination and has a supervisor role.  He has been instrumental in efforts to restore fire stricken areas.  He works out of town for at least two week periods.  He met with counsel as soon as he returned to town.

    e.    Additional time is now necessary before the parties are prepared to proceed to sentencing. Defense counsel is requesting this continuance to allow preparation of informal objections and then to get back on a schedule for timely filings. Defense believes that this short continuance (less than two weeks) to formulate informal objections is necessary for effective representation. By this stipulation, the parties now move to continue the judgment and sentencing hearing until April 17, 2025.

    f.    The parties understand that this date is available to the Court for a continued judgment and sentencing hearing.

    g.    The new schedule for disclosures would be:

| | |
|---|---|
| Draft Presentence Report Due | completed |
| Informal written objections | March 20, 2025 |
| Final Presentence Report | March 27, 2025 |
| Formal Objections | April 3, 2025 |
| Reply or Statement of Non-Objection | April 10, 2025 |
| Judgement and Sentence Date | April 17, 2025 |

It is therefore requested that the motions hearing, and judgement and sentencing date currently scheduled for March 20, 2025, be continued to April 17, 2025, before this Court.

    IT IS SO STIPULATED.

STIPULATION REGARDING JUDGMENT AND SENTENCING SCHEDULE

3

Dated:  February 27, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ *JASON HITT*

JASON HITT
Assistant United States Attorney

Dated:  February 27, 2025

/s/ *TAMARA SOLOMAN*

TAMARA SOLOMAN
Counsel for Defendant
RONALD TEESDALE

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of March, 2025.

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE