| | |
|---|---|
| 1 | TAMARA SOLOMAN |
| | Law Office of Tamara L. Soloman |
| 2 | P.O. Box 5482 |
| | El Dorado Hills, CA 95762 |
| 3 | Telephone: (916) 712-8962 |
| 4 | Attorney for Defendant |
| | RONALD TEESDALE |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00134-DJC |
| Plaintiff, | ORDER SEALING EXHIBIT AS SET FORTH IN DEFENDANT'S NOTICE |
| v. | |
| RONALD TEESDALE, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant Ronald Teesdale's Request to Seal, IT IS HEREBY ORDERED that the defendant's Exhibit 4, which is an exhibit containing personal information and shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's exhibit 4 to his sentencing memorandum serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant or defendant's parents would be harmed.

///

///

1   In light of the public filing of his request to seal the exhibit of medical records, the Court further
2   finds that there are no additional alternatives to sealing the defendant's unredacted exhibit that would
3   adequately protect the compelling interests identified by the defendant.

5   Dated:  April 16, 2025                           /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE