TAMARA SOLOMAN
Law Office of Tamara L. Soloman
P.O. Box 5482
El Dorado Hills, CA 95762
Telephone: (916) 712-8962

Attorney for Defendant
RONALD TEESDALE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RONALD TEESDALE,<br><br>  Defendant. | CASE NO. 2:22-CR-00134-DJC<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: May 12, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, Ronald Teesdale, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on May 12, 2025.
2. By this stipulation, defendant now moves to continue the sentencing hearing until May 15, 2025, at 9:00 a.m.
3. The parties agree and stipulate and request that the court find the following:

      a.      On September 5, 2024, the defendant pled guilty to 1 count of a six-count indictment. Count 1 charged conspiracy to distribute and to possess with intent to distribute methamphetamine and heroin common in violation of 21 U.S.C. section 846 and section 841(a)(1).

      b.      The Presentence Investigation Report was filed on February 14, 2015.

      c.      The Court specially set a date for sentencing based the trial schedule of counsel. Both the Government and Defense Counsel are now available to proceed on May 15, 2025.

      d.      The parties understand that this date is available to the Court for a continued judgment and sentencing hearing.

      e.      The schedule for disclosures would remain as se.:

It is therefore requested that the motions hearing, and judgement and sentencing date currently scheduled for May 12, 2025, be continued to May 15, 2025, before this Court.

IT IS SO STIPULATED.

Dated: April 28, 2025                                    MICHELLE BECKWITH
                                                            Acting United States Attorney

                                                            /s/ *JASON HITT*
                                                            JASON HITT
                                                            Assistant United States Attorney

Dated: April 28, 2025                                    /s/ *TAMARA SOLOMAN*
                                                            TAMARA SOLOMAN
                                                            Counsel for Defendant
                                                            RONALD TEESDALE

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE