1  MICHELE BECKWITH
   Acting United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          CASE NO. 2:22-CR-00134-DJC
12 |                      Plaintiff,    STIPULATION RESETTING SENTENCING
                                        DATE; ORDER RESETTING SENTENCING DATE
13 |            v.
14 | RONALD GRANT TEESDALE,
15 |                      Defendant.
16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.    By previous order, this matter was set for sentencing on May 15, 2025. ECF 76.

21      2.    By this stipulation, the parties jointly respectfully request to reset the sentencing date to

22 June 26, 2025, at 9:00 a.m.

23

24

25

26

27

28

3. The additional time is requested in order to give the parties additional time to provide full responsive briefing to the pending formal objections and permit government counsel to complete a jury trial that is schedule to begin before the Honorable John A. Mendez on May 8, 2025 in *United States v. Roberts*, Case No. 2:25-cr-0051-JAM.

IT IS SO STIPULATED.

Dated:  May 9, 2025                                         MICHELE BECKWITH
                                                            Acting United States Attorney

                                                            /s/ *Jason Hitt*
                                                            JASON HITT
                                                            Assistant United States Attorney

Dated:  May 9, 2025                                         /s/ *Jason Hitt for Tamara Soloman*

                                                            TAMARA SOLOMAN, Esq.
                                                            Counsel for Defendant
                                                            RONALD GRANT TEESDALE
                                                            *Authorized to sign for Ms. Soloman by email on 5-9-25*

**ORDER**

4.     The Court vacates the previous sentencing date for defendant Ronald Teesdale and resets the sentencing for June 26, 2025, at 9:00 a.m.  Given that more than nine (9) months will have passed since Defendant's entry of guilty plea, the Court expects the parties to appear and to be prepared to proceed with judgment and sentencing on June 26, 2025 absent good cause, with compelling circumstances shown

IT IS SO ORDERED.

Dated:  May 9, 2025                                    /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE