TAMARA SOLOMAN (CSB # 183841))
Attorney at Law
901 H Street, Suite 400
Sacramento, California  95814
Telephone: (916) 712-8962

Attorney for Defendant
Ronald Teesdale

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | Case No.  2:22-cr-00134-DJC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | |
| RONALD TEESDALE, | ) | |
| Defendant, | ) | |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant RONALD TEESDALE, Tamara Soloman, Esq., hereby agree to the following:

1. By previous order, this matter was set for judgment and sentencing on June 26, 2025.
2. The defense requests that the matter be continued to July 31, 2025, at 9:00 a.m.
3. Defense counsel makes this request based on trial schedules.  Counsel has been engaged in a state homicide trial since the beginning of the month.  The jury was given an estimated finish date of June 25, 2025.
4. Defense counsel requests additional time to submit additional sentencing memorandums and statements in mitigation.
5. The government does not object to the request.

-1-

6. The parties have confirmed that the Probation Officer is also available on July 31, 2025 for a continued judgment and sentencing hearing.

7. By this stipulation it is therefore requested that the sentencing be continued to July 31, 2025, with any motions to be filed no later than July 17, 2025 and any responses to those motions to be filed no later than July 24, 2025.

Dated:  June 16, 2025

                                            Respectfully submitted,

                                            */s/ Tamara Soloman*
                                            TAMARA SOLOMAN
                                            Attorney for Defendant
                                            RONALD TEESDALE

                                            */s/Jason Hitt*
                                            JASON HITT
                                            Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  June 17, 2025                            /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE