IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>       v.<br><br>RONALD TEESDALE,<br><br>                 Defendant. | CASE NO. 2:22-CR-0134-DJC<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States and the attached Exhibit A, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 2:22-CR-0134-DJC against defendant Ronald Teesdale are hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: August 21, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE